IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS J. SANTOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-313 Erie |
| ) | |
| JAMES F. SHERMAN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 30th day of November, 2005, and upon consideration of the Plaintiff, Carlos J. Santos' Appeal of Magistrate Judge Susan Paradise Baxter's oral Report and Recommendation entered on the record on November 8, 2005 [Doc. No. 2] recommending that his Motion for Preliminary Injunction [Doc. No. 1] be denied,

IT IS HEREBY ORDERED that the Appeal [Doc. No. 3] is DENIED, and the oral Report and Recommendation is adopted as the opinion of the Court.

                                                s/ Sean J. McLaughlin
                                                United States District Judge

cc:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge