IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARLOS J. SANTOS,

    Plaintiff,

v.

JAMES F. SHERMAN, et al.,

    Defendants.

Civil Action No. 05-313 Erie

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on October 21, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's oral Report and Recommendation, entered on the record on January 6, 2006 [Doc. No. 14], recommended that Plaintiff's Motion for Preliminary Injunction [Doc. No. 12] be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 25th day of January, 2006;

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction [Doc. No. 12] is DENIED.

The oral Report and Recommendation of Magistrate Judge Baxter, entered on the record on January 6, 2006 [Doc. No. 14], is adopted as the opinion of the Court.

                                      s/ Sean J. McLaughlin
                                         United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge